# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF INDIANA
# HAMMOND DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
|     Plaintiff, | ) | |
| | ) | |
| v. | ) | CAUSE NO.: 2:15-CR-60-RL-PRC |
| | ) | |
| RALPHAEL CASSIBERRY, | ) | |
|     Defendant. | ) | |

**FINDINGS AND RECOMMENDATION OF THE MAGISTRATE JUDGE**
**UPON A PLEA OF GUILTY BY DEFENDANT RALPHAEL CASSIBERRY**

TO:    THE HONORABLE RUDY LOZANO, JUDGE,
         UNITED STATES DISTRICT COURT

Upon Defendant Ralphael Cassiberry's request to enter pleas of guilty pursuant to Rule 11 of the Federal Rules of Criminal Procedure, this matter came for hearing before Magistrate Judge Paul R. Cherry, on June 2, 2016, with the consent of Defendant Ralphael Cassiberry, counsel for Defendant Ralphael Cassiberry, and counsel for the United States of America.

The hearing on Defendant Ralphael Cassiberry's pleas of guilty was in full compliance with Rule 11, Federal Rules of Criminal Procedure, before the Magistrate Judge in open court, and on the record.

In consideration of that hearing and the statements made by Defendant Ralphael Cassiberry under oath on the record and in the presence of counsel, the remarks of the Assistant United States Attorney and of counsel for Defendant Ralphael Cassiberry,

I FIND as follows:

(1) that Defendant Ralphael Cassiberry understands the nature of the charges against him to which the pleas are offered;

(2) that Defendant Ralphael Cassiberry understands his right to trial by jury, to persist in his

pleas of not guilty, to the assistance of counsel at trial, to confront and cross-examine adverse witnesses, and to his right against compelled self-incrimination;

(3) that Defendant Ralphael Cassiberry understands what the maximum possible sentences are, including the effect of the supervised release term, and Defendant Ralphael Cassiberry understands that the sentencing guidelines apply and that the Court may depart from those guidelines under some circumstances;

(4) that the pleas of guilty by Defendant Ralphael Cassiberry have been knowingly and voluntarily made and are not the result of force or threats or of promises;

(5) that Defendant Ralphael Cassiberry is competent to plead guilty;

(6) that Defendant Ralphael Cassiberry understands that his answers may later be used against him in a prosecution for perjury or false statement;

(7) that there is a factual basis for Defendant Ralphael Cassiberry's pleas; and further,

I RECOMMEND that the Court accept Ralphael Cassiberry's pleas of guilty to the offenses charged in Counts 1 and 2 of the Indictment and that Defendant Ralphael Cassiberry be adjudged guilty of the offenses charged in Counts 1 and 2 of the Indictment and have sentence imposed. A Presentence Report has been ordered. Should this Report and Recommendation be accepted and Ralphael Cassiberry be adjudged guilty, a sentencing date before Judge Rudy Lozano will be scheduled. Objections to the Findings and Recommendation are waived unless filed and served within fourteen days. 28 U.S.C. § 636(b)(1).

So ORDERED this 2nd day of June, 2016.

s/ Paul R. Cherry
MAGISTRATE JUDGE PAUL R. CHERRY
UNITED STATES DISTRICT COURT