**IN THE UNITED STATES DISTRICT COURT**
**FOR THE NORTHERN DISTRICT OF INDIANA**
**HAMMOND DIVISION**

```
UNITED STATES OF AMERICA    )
                            )
Plaintiff,                  )
                            )
vs.                         )    CAUSE NO. 2:15-CR-60
                            )
RALPHAEL CASSIBERRY,        )
                            )
Defendant.                  )
```

## ORDER

This matter is before the Court on the Findings and Recommendation of the Magistrate Judge Upon a Plea of Guilty by Defendant Jon Ralphael Cassiberry (DE #62) filed on June 2, 2016. No objections have been filed to Magistrate Judge Cherry's findings and recommendations upon a plea of guilty. Accordingly, the Court now **ADOPTS** those findings and recommendations, **ACCEPTS** the guilty plea of Defendant Ralphael Cassiberry, and **FINDS** the Defendant guilty of Counts 1 and 2 of the Indictment.

**DATED: June 29, 2016**          /s/RUDY LOZANO, Judge
                                  **United States District Court**